In the Matter of DEREK DEMEO, Appellant, v CITY OF ALBANY et al., Respondents, and PHLIP 'N SPILL, INC., Doing Business as THE BAYOU CAFÉ, Respondent.

Submitted June 28, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

EUJOY REALTY CORP., Respondent, v VAN WAGNER COMMUNICA-TIONS, LLC, Appellant.

Decided September 14, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

FAMILY M. FOUNDATION LTD., Respondent, v NINOTCHKA MANUS, Appellant, et al., Defendant.

Submitted June 21, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RONALD FIELDS, Appellant, v LUCILLE FIELDS, Respondent.

Submitted July 19, 2010; decided September 14, 2010

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 15 NY3d 158 (2010)].